UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DIRECTV, INC., a California corporation,

    Plaintiff,

v.        Case No. 04-C-0811

SHERI L. HORN,

    Defendant.

**ORDER GRANTING PERMANENT INJUNCTION**

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that Defendant Sheri L. Horn shall be and hereby is permanently enjoined as stipulated by the parties.

Dated this 28th day of September, 2005.

        BY THE COURT:

        s/ William C. Griesbach
        William C. Griesbach
        United States District Court Judge