UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

DIRECTV, INC., a California corporation,

      Plaintiff,

      v.                                             Case No. 04-C-0811

SHERI L. HORN,

      Defendant.

---

## ORDER FOR ABATEMENT

---

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that the above-captioned action currently pending between plaintiff DIRECTV and defendant Sheri L. Horn shall be and hereby is abated as stipulated by the parties and the clerk shall administratively close this case for statistical purposes until further order of the Court.

Dated this 28th day of September, 2005.

                                            BY THE COURT:

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Court Judge